IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| JOHN E. HOEFERT, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § | |
| Plaintiff, § § | |
| VS. § § | NO. 4:18-CV-466-A |
| AMERICAN AIRLINES, INC., ET AL., § § | |
| Defendants. § | |

FINAL JUDGMENT AS TO CERTAIN DEFENDANT

By order signed December 12, 2017, the court dismissed the claims of plaintiff, John E. Hoefert, against defendant American Airlines Group, Inc. The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of such claims.

The court ORDERS, ADJUDGES, and DECREES that all claims against defendant American Airlines Group, Inc., be, and are hereby, dismissed without prejudice.

SIGNED June 12, 2018.

_____
JOHN McBRYDE
United States District Judge