

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER - CONFERENCE IN CHAMBERS

JUDGE : McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

---

Case No.: 4:18-CV-466-A

<u>John E. Hoeffert v. American Airlines, Inc.</u>

Date Held: April 17, 2019          Time: 10:21 a.m. - 11:24 a.m. (63 minutes)
                                         11:38-11:45 a.m.   (7 minutes)

---

Counsel for Plaintiff:   Brian Lawler, John Suder, Gene Stonebarger, Charles Billy

Counsel for Defendant: Lars Berg, Mark Robertson, Stephanie Drotar

===============================================================================

In 30 days, plaintiff to file document identifying what he alleges are types of leave comparable to military leave and why. Parties to stipulate to accrual of benefits under each of the alleged comparable types of leave.

In 90 days, parties to stipulate as to military leave taken by each class member by beginning and ending dates of such leave and length of leave. Parties also to stipulate to bonus plans, vacation and sick leave accrual rates applicable at different times.

In 120 days, parties to file cross-motions for summary judgment; 30 days to respond; 30 days to reply.

Conference concluded.