IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| JOHN E. HOEFERT, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § Plaintiff, § § VS. § AMERICAN AIRLINES, INC., § § Defendant. § | NO. 4:18-CV-466-A |

### ORDER

Consistent with the court's orders and instructions during the conference conducted this date pursuant to the court's March 14, 2019 order, between the court and counsel for plaintiff, John E. Hoeffert, and defendant, American Airlines, Inc.,

The court ORDERS that:

By May 17, 2019, plaintiff file a document identifying each type of leave he alleges is comparable to military leave and explaining why he alleges that each such type of leave is comparable.

By July 16, 2019, the parties file a stipulation as to (1) the military leave taken by each class member by beginning and ending dates and length of leave taken, (2) the accrual rates of benefits the class members would have received had he or she not been on military leave under each plan applicable to class

members, and (3) any other matter to which agreement can be reached bearing in mind the discussions at the conference.

By August 15, 2019, each party file a motion for summary judgment consistent with the discussions had during such conference; by September 16, 2019, each party file a response to the other party's motion; and by October 15, 2019, each party file a reply in support of that party's motion.

SIGNED April 17, 2019.

_____
JOHN McBRYDE
United States District Judge